

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00001-CV

| | | |
|---|---|---|
| RESPONSIVE EDUCATION SOLUTIONS, Appellant | § | On Appeal from the 393rd District Court |
| | § | |
| V. | | of Denton County (20-3422-393) |
| | § | |
| SUSAN KIRSCHNER, INDIVIDUALLY, AND AS NEXT FRIEND OF A.K., A MINOR CHILD, Appellee | § | April 22, 2021 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. We reverse that part of the trial court's order that denies RES's plea to the jurisdiction on A.K.'s § 1983 claim, and we render judgment dismissing the lawsuit for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Bonnie Sudderth_____
        Chief Justice Bonnie Sudderth